Mel A. MARIN, Plaintiff–Appellant,

v.

LASALLE NATIONAL BANK, N.A.; et al., Defendants–Appellees.

No. 01–17237.

D.C. No. CV–01–00050–RCC.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

Mel A. Marin appeals pro se the district court's summary judgment for LaSalle National Bank and others alleging breach of contract, violation of the National Bank Act, and violation of the Soldiers' and Sailors' Relief Act in connection with the handling of a mortgage. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the district court's summary judgment de novo, *Del E. Webb McQueen Dev. Corp. v. Resolution Trust Corp.*, 69 F.3d 355, 358 (9th Cir.1995), and we affirm.

The district court properly granted summary judgment to Defendants on all claims because Marin is not a party to the con-

---

tract under which he seeks redress. *See* 12 U.S.C. § 86; 50 App.U.S.C. §§ 526, 531; *Leal v. Allstate Ins. Co.*, 199 Ariz. 250, 17 P.3d 95, 99 (Ariz.Ct.App.2000); *Echols v. Beauty Built Homes, Inc.*, 132 Ariz. 498, 647 P.2d 629, 631 (Ariz.1982).

**AFFIRMED.**